| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 4:18CR40092-002 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 0:21CR00249-001(DWF) |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Lucas Jerome Gage | | DISTRICT SOUTH DAKOTA | DIVISION SOUTHERN4 |
| | | NAME OF SENTENCING JUDGE Karen E. Schreier, United States District Judge | |
| | | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/21/2020   TO 10/20/2022 |

OFFENSE
CONTROLLED SUBSTANCE - SELL - DISTRIBUTE - OR DISPENSE 21:841A=CD.FCONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE 21:846=CD.F

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN4 DIVISION OF THE DISTRICT OF SOUTH DAKOTA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Minnesota upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

*June 30, 2021*
Date

*Karen E. Schreier*
Karen E. Schreier, United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 9, 2021
*Effective Date*

s/Donovan W. Frank
*Donovan W. Frank*, United States District Judge